## JOHN DENICOLA, JR. *v.* STOP AND SHOP COMPANIES, INC.
### (14017)

Dupont, C. J., and Lavery and Heiman, Js.

Argued December 14, 1995—decision released January 30, 1996

*Robert S. Bystrowski*, with whom, on the brief, was *Andrew H. Sharp*, for the appellant (defendant).

*Richard Jacobs*, with whom, on the brief, was *Steven D. Jacobs*, for the appellee (plaintiff).

PER CURIAM. The decision of the workers' compensation review board is affirmed.